UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY FRANK SNYDER,<br><br>             Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY, et al.,<br><br>             Defendants. | CASE No. 1:12-cv-01026-AWI-MJS<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(ECF No. 10) |

Plaintiff Jeffery Frank Snyder, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 25, 2012. (ECF No. 1.)

Plaintiff filed an unsigned amended complaint on October 3, 2013. (ECF No. 10.) All filings must bear Plaintiff's original signature. Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, the First Amended Complaint (ECF No. 10) is HEREBY STRICKEN from the record and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order.

**The failure to comply with this order will result in a recommendation that**

*////*

*////*

*////*

1

**this action be dismissed, without prejudice.**

The Clerk's Office shall send Plaintiff a complaint form with this order.

IT IS SO ORDERED.

Dated: October 29, 2013         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE